ABRAHAM F. DUBOIS, Respondent, v. MARY LEWIS, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed

papers on appeal and printed briefs on or before May sixteenth and shall be ready for argument on May eighteenth.